**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FT. WAYNE DIVISION**

| | |
|---|---|
| SUZANNE E. JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Case No. 1:11-cv-00069-JTM-RBC |
| | ) |
| CAPITAL SENIOR LIVING, INC. d/b/a | ) |
| GEORGETOWNE PLACE, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Suzanne E. James ("Plaintiff"), and Defendant, Capital Senior Living, Inc. ("Defendant"), hereby stipulate and agree that all claims of Plaintiff against Defendant are hereby dismissed with prejudice, each party to bear his, her or its own respective costs and attorneys' fees incurred in this action.

    s/Scott S. Morrisson
    Scott S. Morrisson, Attorney 11633-49
    KRIEG DeVAULT LLP
    One Indiana Square, Suite 2800
    Indianapolis, Indiana 46204-2079
    smorrisson@kdlegal.com

    Attorneys for Defendant
    Capital Senior Living, Inc.

 s/Christopher C. Myers
Christopher C Myers
Ilene M. Smith
Christopher C Myers & Associates
809 S Calhoun Street Suite 400
Fort Wayne, Indiana 46802
cmyers@myers-law.com

Attorneys for Plaintiff
Suzanne E. James

KD_3453806_1.DOC